UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| KARL W. BARTLESON, JR., a/k/a Carl W. Bartleson, Plaintiff, | ) ) ) ) ) | |
| V. | ) ) ) | Civil Action No. 5:19-CV-281-CHB |
| SERGEANT S. PARKER and OFFICER J. BAILEY, Defendants. | ) ) ) ) ) | **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DISMISSES** Karl W. Bartleson, Jr.'s complaint [**R. 1**], **WITH PREJUDICE**.

2. The Court **ENTERS** judgment in favor of the defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 15th day of August, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY